# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D20-577

———————————————

FREDDIE R. PATTERSON, III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

September 18, 2020

PER CURIAM.

   AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

———————————————

Freddie R. Patterson, III, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.